**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAQWANNA IGBAKIN,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|   **v.** | : | **CIVIL ACTION NO. 22-CV-1385** |
| | : | |
| **FELICIA COOLEY,** *et al.*, | : | |
|     **Defendants.** | : | |

<u>**ORDER**</u>

AND NOW, this 21st day of June, 2022, upon consideration of Plaintiff Shaqwanna

Igbakin's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2)

it is **ORDERED** that:

1.     Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.     The Complaint is **DEEMED** filed.

3.     The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

4.     The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

  **/s/ Hon. C. Darnell Jones II**

_____

    **C. DARNELL JONES, II, J.**